UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Kaleme Ulysse,

                        Plaintiffs,

         -against-

Jeanna Shaw,

                       Defendants.
------------------------------------------------------------------X

24-cv-2498

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2024

**VICTORIA REZNIK, United States Magistrate Judge:**

      On November 1, 2024, the Court directed the parties to submit a joint status letter to the Court by no later than December 13, 2024. (ECF No. 16). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due by **December 20, 2024**.

      **SO ORDERED.**

DATED:    White Plains, New York
               December 17, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge