UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Kalemej Ulysse,

                       Plaintiff,                        24-cv-2498

            -against-                           **ORDER**

Jeanna Shaw,

                       Defendant.
-----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      On April 21, 2025, the Court directed the parties to submit a joint status letter to the Court by no later than June 13, 2025. (ECF No. 28). The Court has not yet received any such letter. The parties are reminded to submit a status letter, which is now due by **June 20, 2025**.

      **SO ORDERED.**

DATED:    White Plains, New York
                June 16, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge