**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Ulysse,

                        Plaintiff,

         -against-

Shaw.

                     Defendant.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/22/2025

7:24-cv-02498-NSR-VR

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

On December 16, 2025, the Court directed defendant, by no later than December 19, 2025, to respond to plaintiff's letter. (ECF No. 44). The Court has not yet received any such response. Defendant is reminded to submit a letter response, which is now due **December 30, 2025**.

      **SO ORDERED.**

DATED:    White Plains, New York
           December 22, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge

1