USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KALEMEJ ULYSSE,

                                Plaintiff,

                -against-

JEANNE M. SHAW,

                                Defendant.

24 Civ. 2498 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

The Parties having informed the Court that a settlement is imminent, the Court will hold in abeyance the dates of submission for trial materials until further notice.

The Parties are directed to notify the Court immediately when a settlement has been reached.

                                        SO ORDERED.

Dated:    June 22, 2026
          White Plains, New York

                                        _____
                                        NELSON S. ROMÁN
                                        United States District Judge